160 So.2d 595.

Mrs. Josephine B. GREGOIRE

v.

OHIO CASUALTY INSURANCE COMPANY et al.

No. 47072.

Feb. 24, 1964.

In re: Mrs. Josephine B. Gregoire applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 158 So.2d 379.

Writ refused. On the facts found by the Court of Appeal, there is no error in the judgment complained of.